James Y. Agena  3385
P.O. Box 27
Honolulu, HI 96810
Telephone: (808) 532-9588
Email: jya@agenaesq.com

Attorneys for Navient Solutions, LLC

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO. 14-00710 (Chapter 13) |
| | : | |
| CHAD W. HANOHANO, | : | |
| | : | ADVERSARY NO. 22-90005 |
| DEBTOR. | : | |

| | | |
|---|---|---|
| CHAD W. HANOHANO, | : | |
| | : | **NAVIENT SOLUTIONS, LLC'S** |
| PLAINTIFF, | : | **ANSWER TO DEBTOR'S** |
| | : | **COMPLAINT** |
| vs. | : | |
| | : | |
| NAVIENT SOLUTIONS, INC., | : | |
| CITIZENS BANK, JP MORGAN CHASE | : | |
| BANK, NATIONAL COLLEGIATE | : | |
| STUDENT LOAN TRUST 2007-1, and | : | |
| TRANSWORLD SYSTEMS, INC., | : | |
| | : | |
| | : | |
| DEFENDANTS. | : | |

Navient Solutions, LLC ("Navient"), on behalf of itself and named Defendant Navient Solutions, Inc., by and through its undersigned counsel, hereby provides its Answer to the allegations of Plaintiff, Chad W. Hanohano ("Plaintiff")'s Complaint, and states as follows:

**Nature of Action**

1. Admitted as to the nature of this proceeding only.

1

U.S. Bankruptcy Court - Hawaii   #22-90005   Dkt # 4   Filed  03/08/22   Page 1 of 4

**Jurisdiction and Venue**

2.– 5.    Admitted.

**Parties**

6.    Admitted that the Plaintiff is indebted to Navient on nine (9) educational loans.

7.    Admitted that Defendant, Navient Solutions, LLC, f/k/a Navient Solutions, Inc., is a Delaware Limited Liability Corporation and is the holder of nine (9) educational loans on which the Plaintiff is liable.

8. – 11.  These paragraphs of Plaintiff's Complaint are not related to Plaintiff's claims against Navient, and as such, Navient provides no response.

**Factual Allegations Related to Navient**

12.    Admitted that the Plaintiff is indebted to Navient on nine (9) educational loans.

13. – 16.  At this time, Navient is without information or knowledge sufficient to form a belief as to the truth of the averments contained within these paragraphs of Plaintiff's Complaint and, therefore, denies same.

17. – 18.  Denied.

19.    Admitted that the Navient loans at issue are not eligible for some administrative remedies available for guaranteed student loans.

20. – 21.  Navient is without information or knowledge sufficient to form a belief as to the truth of the averments contained within these paragraphs of Plaintiff's Complaint and, therefore, denies same.

22.    This paragraph of Plaintiff's Complaint is a conclusion of law, to which no response is required, but in an abundance of caution, is denied.

### Factual Allegations Related to Citizens

23. – 30. These paragraphs of Plaintiff's Complaint are not related to Plaintiff's claims against Navient, and as such, Navient provide no response.

31. Navient is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiff's Complaint and, therefore, denies same.

32. This paragraph of Plaintiff's Complaint is not related to Plaintiff's claims against Navient, and as such, Navient provides no response.

33. This paragraph of Plaintiff's Complaint is a conclusion of law, to which no response is required, but in an abundance of caution, is denied.

### Factual Allegations Related to Chase

34. – 41. These paragraphs of Plaintiff's Complaint are not related to Plaintiff's claims against Navient, and as such, Navient provides no response.

42. Navient is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiff's Complaint and, therefore, denies same.

43. This paragraph of Plaintiff's Complaint is not related to Plaintiff's claims against Navient, and as such, Navient provides no response.

44. This paragraph of Plaintiff's Complaint is a conclusion of law, to which no response is required, but in an abundance of caution, is denied.

### Factual Allegations Related to NCSLT and Transworld

45. – 53. These paragraphs of Plaintiff's Complaint are not related to Plaintiff's claims against Navient, and as such, Navient provides no response.

54. Navient is without information or knowledge sufficient to form a belief as to the truth of the averments contained within this paragraph of Plaintiff's Complaint and, therefore, denies same.

55. This paragraph of Plaintiff's Complaint is a conclusion of law, to which no response is required, but in an abundance of caution, is denied.

**First Claim for Relief**

56. No response.

57. – 60. These paragraphs of Plaintiff's Complaint are conclusions of law, to which no response is required, but in an abundance of caution, are denied.

**Second Claim for Relief**

61. No response.

62. This paragraph of Plaintiff's Complaint is a conclusion of law, to which no answer is required, but in an abundance of caution, is denied.

63. This paragraph of Plaintiff's Complaint is a request for relief, to which no response is required, but is nevertheless denied.

WHEREFORE, Navient Solutions, LLC respectfully requests judgment in its favor and against Plaintiff and such other relief as is just and equitable.

Respectfully submitted,

Dated: May 8, 2022      By:    */s/ James Y. Agena*
                                              James Y. Agena
                                              Attorneys for Navient Solutions, LLC