James Y. Agena 3385
P.O. Box 27
Honolulu, HI 96810
Telephone: (808) 532-9588
Email: jya@agenaesq.com

Attorneys for Navient Solutions, LLC

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

IN RE:  CASE NO. 14-00710 (Chapter 13)  :
                                        :
CHAD W. HANOHANO,                       :
                                        :
            DEBTOR.                     :       ADVERSARY NO. 22-90005
                                        :

---

CHAD W. HANOHANO,                       :
                                        :
            PLAINTIFF,                  :
                                        :
    vs.                                 :
                                        :
NAVIENT SOLUTIONS, INC.,                :       **DEFENDANT NAVIENT SOLUTIONS,**
CITIZENS BANK, JP MORGAN CHASE          :       **LLC'S SCHEDULING CONFERENCE**
BANK, NATIONAL COLLEGIATE               :       **STATEMENT; CERTIFICATE OF**
                                        **:**      **SERVICE**
STUDENT LOAN TRUST 2007-1, and          :
TRANSWORLD SYSTEMS, INC.,               :
                                        :
            DEFENDANTS.                 :

Pursuant to Local Rule 7016-1, Defendant Navient Solutions, LLC ("Navient"), on behalf

of itself and named Defendant Navient Solutions, Inc., by and through undersigned counsel,

hereby submits its Scheduling Conference Statement in the above-referenced matter.

1.      Nature of the Case:

This is an action to determine the dischargeability of certain student loan debt incurred by Plaintiff, Chad W. Hanohano, pursuant to 11 U.S.C. § 523(a)(8).

2.      Statement of Jurisdiction:

Navient does not dispute jurisdiction at this time.

3.      Jury Trial:

A jury trial has not been demanded and Navient does not so consent.

4.      Required Disclosures:

Disclosures not otherwise protected will be made as agreed upon by the parties or as set by court order.

5.      Discovery and Motions:

Discovery is ongoing and Navient is in the process of preparing written discovery requests for service upon the Plaintiff.  Plaintiff has a pending motion for default judgment against certain defendants, with a hearing scheduled for May 6, 2022, at 10:00 a.m.  A Scheduling Conference is currently set for April 15, 2022, at 2:00 p.m.

6.      Special Procedures:

Navient seeks no special procedures.

7.      Related Cases:

Navient knows of no related cases.

8.      Additional Matters.

None.

                                        Respectfully submitted,

Dated: April 7, 2022            By:     _/s/ James Y. Agena_____
                                        James Y. Agena
                                        Attorneys for Navient Solutions, LLC

James Y. Agena 3385
P.O. Box 27
Honolulu, HI 96810
Telephone: (808) 532-9588
Email: jya@agenaesq.com

Attorneys for Navient Solutions, LLC

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

IN RE: CASE NO. 14-00710 (Chapter 13)  :
                                        :
CHAD W. HANOHANO,                       :
                                        :
            DEBTOR.                     :        ADVERSARY NO. 22-90005
                                        :

---

CHAD W. HANOHANO,                       :
                                        :
            PLAINTIFF,                  :
                                        :
    vs.                                 :
                                        :
NAVIENT SOLUTIONS, INC.,                :        **CERTIFICATE OF SERVICE**
CITIZENS BANK, JP MORGAN CHASE          :
BANK, NATIONAL COLLEGIATE               :
STUDENT LOAN TRUST 2007-1, and          :
TRANSWORLD SYSTEMS, INC.,               :
                                        :
            DEFENDANTS.                 :

I, the undersigned, do hereby certify that I am more than 18 years of age and not a party

to the matter concerning which service was accomplished. I further certify that on the 7TH day

of APRIL, 2022, I served by CM/ECF, a true and correct copy of Navient Solutions LLC's

Scheduling Conference Statement upon the following person(s):

Joshua Cohen
Cohen Consumer Law, PLLC
PO Box 1040
St. Albans, VT 05478
Email: jcohen@thestudentloanlawyer.com

Attorney for Plaintiff

Dated: April 7, 2022          By:     */s/ James Y. Agena*_____
                                      James Y. Agena
                                      Attorneys for Navient Solutions, LLC